# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0675
_____

S.S. and K.M., Parents of W.S.
and B.S., Minor Children,

    Appellants,

    v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Anthony B. Miller, Judge.

October 21, 2025

PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Sidney Lewis Matthew of Sidney L. Matthew, P.A., Tallahassee; William Stephen Black, II, of Black & Cohen, P.L.L.C., Tallahassee, for Appellants.

Andrew McGinley, General Counsel, and Nicholas M. Dolce, Managing Attorney, Florida Department of Children and Families, Tallahassee; Sarah J. Rumph, Children's Legal Services, Tallahassee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Appellee.